**CV 06 3616**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAUREEN GRANT                                    **NOTICE OF REMOVAL**

                Plaintiff,           Civil Action No.
   v.                                           CV. 06-_____

**BIANCO, J.**, J.)
STEEL EQUITIES, INC.                             (_____, M.J.)

                Defendant(s). **TOMLINSON, M.J.**

FILED
JUL 24 2006
BROOKLYN OFFICE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STEEL-LOS III CORP. incorrectly sued as
"STEEL EQUITIES, INC.",

                Third Party Plaintiff,

   v.

USPS and EMERY WORLDWIDE
AIRLINES, INC.,

                Third Party Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:      THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NEW YORK:

         PLEASE TAKE NOTICE that actions pending in the Supreme Court of the State of New York, County of Kings, have been removed to the United States District Court for the Eastern District of New York.

         ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Orelia E. Merchant, Assistant United States Attorney, respectfully states the following facts upon information and belief:

1. The above-captioned actions were commenced in the Supreme Court of the State of New York, County of Kings. See Summons and Verified Complaints, annexed hereto as Exhibit A.

2. The United States Postal Service ("USPS"), has been named as a defendant in this action. The Complaint asserts a tort action alleging personal injuries as a result of a slip and fall on an USPS-owned property.

3. Pursuant to 28 U.S.C. §§ 1442(a)(1) and 2679(d), these actions may be removed to this Court.

4. The United States of America is substituted as the party defendant for third party defendant United States Postal Service pursuant to 28 U.S.C. § 2679.

5. The United States Attorney's Office has not yet been served with the summons and complaint in this action.

6. Pursuant to 28 U.S.C. § 2409, the United States may remove these actions without a bond.

WHEREFORE, it is respectfully requested that the above-captioned actions pending in the Supreme Court of the State of New York, County of Kings, be removed to this Court; and

In accordance with 28 U.S.C. § 1446(d), the filing of a copy of this notice with the Clerk of the Court, Supreme Court of the City of New York, County of Kings, shall effect the removal, and the state court shall proceed no further with respect to these actions, unless and until the case is remanded thereto.

Dated:   Brooklyn, New York
         July 24 2006

                                              Respectfully submitted,

                                              ROSLYNN R. MAUSKOPF
                                              United States Attorney
                                              Eastern District of New York
                                              Attorney for Defendant
                                              One Pierrepont Plaza, 14th Floor
                                              Brooklyn, New York  11201

                                By: _____
                                              ORELIA E. MERCHANT (OM-1717)
                                              Assistant United States Attorney
                                              (718) 254-6058

TO:   Clerk of Court
       Supreme Court of the State of New York
       County of Kings
       360 Adams St.
       Brooklyn, New York  11201

       Law Offices of Edward Tuozzo
       *Attorney for Maureen Grant*
       170 Broadway, Suite 1604
       New York, NY 10038
       (212) 732-7810

Law Offices of Gould & Associates
*Attorney for Steel-Los III Corp.*
200 Madison Avenue
New York, NY 10016
(212) 683-9700

Emery Worldwide Airlines, Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207